UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNIFER ALLEN,           § | |
|     Plaintiff,           § | |
| § | |
| v.           § | No. 3:14-CV-1947-N (BF) |
| § | |
| HORIZON SOFTWARE           § | |
| INTERNATIONAL, LLC,           § | |
| LLC,           § | |
|     Defendant.           § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Summary Judgment [D.E. 35] is **GRANTED**.

**SO ORDERED** this 2nd day of July, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE